IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| WILLIAM G. BARRETT and JULIUS DEMETRIUS WAGNER, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:07-CV-133 (CDL) |
| Sheriff JOE CHAPMAN, et al., | * | |
| Defendants. | * | |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 10, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of February, 2008.

                                              S/Clay D. Land
                                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE