IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WILLIAM G. BARRETT, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:07-CV-133 (CDL) |
| Sheriff JOE CHAPMAN, et al., | * |
| Defendants. | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 16, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 25th day of August, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE