```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

WILLIAM G. BARRETT,                 *

       Plaintiff,              *

vs.                                 *

JOE CHAPMAN, et al.,                *     CASE NO. 3:07-CV-133 (CDL)

       Defendants               *

<u>ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 31, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 1st day of September, 2009.

                                      S/Clay D. Land
                                         CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE